## TOTAL PAID FETTY WAP EUROPEAN TOUR

### Wire receipt  (see attach proof bank statements)

| bank # | Date | Description | | | | | Amount | |
|---|---|---|---|---|---|---|---|---|
| 1 | Monday, February 25, 2019 | J.Noah bank account | € 66.567,26 | | | | $ | 75.000,00 |
| 2 | Wednesday, March 06, 2019 | J.Noah bank account | € 44.579,17 | | | | $ | 50.000,00 |
| 3 | Wednesday, April 10, 2019 | Paramount Celebrity bank account from J.Noah | | | | | $ | 50.000,00 |
| 4 | Wednesday, May 15, 2019 | J.Noah bank account | € 67.628,49 | | | | $ | 75.000,00 |
| 5 | Wednesday, August 21, 2019 | J.Noah bank account | € 45.454,13 | | | | $ | 50.000,00 |
| 6 | Thursday, September 12, 2019 | MTA bank account from J.Noah | | | | | $ | 25.000,00 |

### Extra cost was paid in advance for Fetty Wap regard cancellations (see attach proof receipts)

| Receipt # | Date | Description | Hotel rooms | Hotel room | Transport | Flight | Amount | |
|---|---|---|---|---|---|---|---|---|
| 1 | Wednesday, September 04, 2019 | Amsterdam show cancelled plus hotel buy-out been refund to the promoter | € 1.527,20 | € 354,60 | | | $ | 2.080,52 |
| 2 | Thursday, September 05, 2019 | Crew hotel in Amsterdam | € 1.076,40 | € 269,10 | | | $ | 1.487,58 |
| 3 | | Steven cabtral flight Bucaharest - Amterdam | | | | € 679,67 | $ | 751,44 |
| 4 | Friday, September 06, 2019 | Crew extra day airport Amsterdam | € 456,00 | € 99,00 | | | $ | 613,61 |
| 5 | Saturday, September 07, 2019 | Flights Amsterdam - Helsinki ( 6 coach) | | | | € 1.774,71 | $ | 1.962,12 |
| 6 | Sunday, September 08, 2019 | Kiev cancelled extra hotel day in Helsinki | € 1.377,72 | € 129,05 | | | $ | 1.665,88 |
| 7 | Monday, September 09, 2019 | Helsinki - Florence only coach flights need by fetty to be covered | | | | € 4.057,75 | $ | 4.486,25 |
| 8 | Tuesday, September 10, 2019 | GROUNDTRANSPORT Florence - Rome because fetty wanted direct flight | | | € 600,00 | | $ | 663,36 |
| | Wednesday, September 11, 2019 | | | | | | $ | - |
| 9 | Thursday, September 12, 2019 | NO RESCEDULE Bucharest becasue no videodrop giving | | | | | $ | - |
| 10 | | Hotel crew 2 days In Frankfurt because Fetty was in New York was booked already | € 1.656,00 | | | | $ | 1.830,87 |
| 11 | Friday, September 13, 2019 | Fetty Wap private jet | | | | € 51.376,00 | $ | 56.801,31 |
| 12 | Saturday, September 14, 2019 | New flights to book Frankfurt-Riga if Fetty Wap is back on sep. 13 in Frankfurt | | | | € 3.132,00 | $ | 3.462,74 |
| 13 | Sunday, September 15, 2019 | Hotel day in Frankfurt ( becaus postpone show sept 13 to 14 and cancel again Riga | € 1.242,00 | € 357,00 | | | $ | 1.767,85 |
| | Monday, September 16, 2019 | Hamburg again on the origibal tour again and hope this wil be like this | | | | | $ | - |
| 14 | Tuesday, September 17, 2019 | Day off extra for crew | | | | | $ | - |
| | Wednesday, September 18, 2019 | | | | | | $ | - |
| 15 | Thursday, September 19, 2019 | Steve Bussines flight extra cost on top of coach | | | | € 180,00 | $ | 199,01 |
| 16 | | Missed first Flight To Uk and needed to pay new flights | | | | € 2.209,65 | $ | 2.442,99 |
| | | | | | | | | |
| **TOTAL MONEY PAID BY J.NOAH** | | Dollars exchange rate was 1,1056 | | | | | **$ 405.215,54** | |

**ABN·AMRO**

Rekeningafschrift   *Bank Statement # ①*

| ONDERNEMERSREKENING | JR) | Rekeningnummer | Datum afschrift 28-02-2019 | Aantal bladen 21 | Blad 003 | Volgnr 2 |
|---|---|---|---|---|---|---|

| Boekdatum (Rentedatum) | Omschrijving | Bedrag af (debet) | Bedrag bij (credit) |
|---|---|---|---|
| 26-02 (26-02) | SEPA Incasso algemeen doorlopend<br>Incassant: ▉▉▉▉<br>Naam: Adyen B.V.<br>Machtiging:<br>Omschrijving: ▉▉▉▉▉▉▉▉▉▉<br><br>IBAN: ▉▉▉▉▉▉▉▉▉▉<br>Kenmerk: ▉▉▉▉▉▉ | ▉▉▉▉ | |
| 26-02 (26-02) | BEA    NR:▉▉▉▉▉▉▉▉▉▉▉▉<br>Jumbo Hengelo HENGELO ▉▉▉▉ | ▉▉▉ | |
| 25-02 (25-02) | EM25020030386751<br>BETAALD USD      75.000,00<br>KOERS (EUR/USD)    1.1266800<br>▉▉▉▉▉▉▉▉<br><br>ZOO GANG TOURING INC<br>DEPOSIT PART 1 - FETTY WAP EUROP<br>EAN  TOUR 2019<br>NAVRAAGRUBR: ▉▉▉▉▉ | | 66.567,26 |
| 25-02 (25-02) | SEPA Overboeking<br>IBAN: ▉▉▉▉▉▉<br>BIC: ABNANL2A<br>Naam: LIVE NAT VENUES NETH<br>Omschrijving: Factuurnummer 1800<br>0427 - eerste deel | ▉▉▉▉ | |
| 25-02 (25-02) | SEPA Incasso algemeen doorlopend<br>Incassant: ▉▉▉▉<br>Naam: T-MOBILE NETHERLANDS B.V.<br>Machtiging: ▉▉▉▉▉<br>Omschrijving: Factuurnummer 9013 | ▉▉▉ | |

**Rekeningafschrift** Bank statement # ②

# ABN·AMRO

| JR) ONDERNEMERSREKENING | Rekeningnummer | Datum afschrift 29−03−2019 | Aantal bladen 25 | Blad 019 | Volgnr 3 |
|---|---|---|---|---|---|

| Boekdatum (Rentedatum) | Omschrijving | Bedrag af (debet) | Bedrag bij (credit) |
|---|---|---|---|
| 07−03 (07-03) | SEPA Overboeking<br>IBAN: ▓▓▓▓▓▓▓▓▓▓<br>BIC: ABNANL2A<br>Naam: HAS GROUP BV | | ▓▓▓▓▓ |
| 07−03 (07-03) | ONZE REF: ▓▓▓▓▓<br>OORSPR. EUR10000,00<br>ONTV AAB     EUR     10.000,00<br>GEDEELDE KOSTEN OPDR./BEGUNST.<br><br>ALCHEMY PROMOTIONS LIMITED<br>▓▓▓▓▓ SMOKEPURPP<br>THE MJR GROUP | | ▓▓▓▓▓ |
| 07−03 (07-03) | SEPA Overboeking<br>IBAN: ▓▓▓▓▓▓<br>BIC: ▓▓▓▓▓<br>Naam: Antwan Sorrell Saunders<br>Omschrijving: ▓▓▓▓▓<br>Kenmerk: NOTPROVIDED | | ▓▓▓▓▓ |
| 07−03 (07-03) | SEPA Overboeking<br>IBAN: ▓▓▓▓▓<br>BIC: ABNANL2A<br>Naam: HAS GROUP BV | | ▓▓▓▓▓ |
| 06−03 (06-03) | EM06030030648891<br>BETAALD USD     50.000,00<br>KOERS (EUR/USD)   1,1216000<br>▓▓▓▓▓<br>ZOO GANG TOURING INC<br>DEPOSIT PART 2 − FETTY WAP EUROP<br>EAN  TOUR 2019 | 44.579,17 | |

Bank Statement ③ #  

**Total deposits and other credits**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| | | -18.24 |
| 04/01/19 | PAYPAL      DES:INST XFER ID:UBER INDN:PARAMOUNT CELEBRITY MA CO ID:PAYPALSI77 WEB | -463.42 |
| 04/02/19 | CAPITAL ONE AUTO DES:CARPAY ▇▇▇▇ NDN:DARRYL B MADISON      CO ID:9541719806 TEL | -20.00 |
| 04/08/19 | PUKUTU LTD     DES:IAT PAYPAL ▇ ▇▇▇ INDN:PARAMOUNT CELEBRITY MA CO ▇▇ IAT  PMT INFO:▇ | -9.99 |
| 04/08/19 | PAYPAL      DES:INST XFER ID:MICROSOFT INDN:PARAMOUNT CELEBRITY MA CO ID:PAYPALSI77 WEB | -50,000.00 |
| 04/10/19 | WIRE TYPE:WIRE OUT DATE:190409 TIME:1545 ET ▇▇▇▇ NF BK:CITY N ATIONAL BANK RE▇▇▇▇ BNF:ZOO GANG TOURING INC ID▇▇▇▇▇▇ ERVICE ID:▇ PMT DE ▇ YMEN T 50K USD FROM J NOAH ▇▇▇▇ | -300.00 |
| 04/11/19 | LIFE INS OF SW  DES:XXXXXXXXXX ID▇ INDN:Darryl Madison      C▇ PPD  PMT INFO▇ | -15.0 |
| 04/12/19 | PAYPAL      DES:INST XFER ID:SOUNDCLOUD INDN:PARAMOUNT CELEBRITY MA CO ID:PAYPALSI77 WEB | -8 |
| 04/12/19 | PAYPAL      DES:INST XFER ID:SWA WIFI INDN:PARAMOUNT CELEBRITY MA CO ID:PAYPALSI77 WEB | -45 |
| 04/15/19 | PAYPAL      DES:INST XFER ID:HOTELS.COM INDN:PARAMOUNT CELEBRITY MA CO ID:PAYPALSI77 WEB | -1 |
| 04/15/19 | CFG/CLIC      DES:PREMIUM ▇▇▇▇ NDN:DARYL MADISON     CO ID:5161321681 PPD | -15 |
| 04/16/19 | Online Banking Transfer Co▇ ▇▇▇▇ VSA ENTERTAINMENT LLC | continued on the |

LIFE / BETTER CONNECTED'

Bank of America **Business Advantage**

## Dreading the shredding?

💡
Your
Digital
Tip

Go paperless—stop storing or shredding old statements. Enjoy the convenience online access of'
Enroll today by logging in to Online Banking at **bankofamerica.com/smallbusiness**.
Then click on **Profiles & Settings** (in the upper right, next to **Sign Out**).

©2018 Bank of America Corporation | ARG4G3KD | SSM-04-18-0041.B

**ABN·AMRO**

Rekeningafschrift   Bank Statement # (4)

| JR) | | Rekeningnummer | Datum afschrift | | Aantal bladen | Blad | Volgnr |
|-----|-|----------------|-----------------|-|---------------|------|--------|
| ONDERNEMERSREKENING | | | 31-05-2019 | | 17 | 008 | 5 |

| Boekdatum (Rentedatum) | Omschrijving | | Bedrag af (debet) | | Bedrag bij (credit) |
|------------------------|--------------|-|-------------------|-|---------------------|
| | RK-05<br>Kenmerk: NOTPROVIDED | | | | |
| 16-05<br>(16-05) | SEPA Overboeking<br>IBAN:<br>BIC: ABNANL2A<br>Naam: INDIRA TRAVEL<br>Omschrijving: Factuurnummer 3911<br> - Rich The Kid tour | | �largeblock | | |
| 16-05<br>(16-05) | BEA   NR:VD48WY<br>Albert Heijn 1193 HENGEL,PAS096 | | ▮ | | |
| 15-05<br>(15-05) | BETAALD USD        75.000,00<br>KOERS (EUR/USD)     1,1090000 | | 67.628,49 | | |
| | ZOO GANG TOURING INC<br>DEPOSIT PART 2 - FETTY WAP EUROP<br>EAN   TOUR 2019 - INVOICE NO.<br>78<br>NAVRAAGRUBR: | | | | |
| 15-05<br>(15-05) | SEPA Overboeking<br>IBAN:<br>BIC: CAIXESBB<br>Naam: Sara Boufous<br>Omschrijving: Tour manager Rich<br>The Kid | | ▮ | | |
| 15-05<br>(15-05) | SEPA Overboeking<br>IBAN:<br>BIC: ABNANL2A | | ▮ | | |

**ABN·AMRO**

Rekeningafschrift

*Bankstatement #5* (handwritten)

| Boekdatum (Rentedatum) | Omschrijving | Bedrag af (debet) | Bedrag bij (credit) |
|---|---|---|---|
| ONDERNEMERSREKENING | JR)  Rekeningnummer ▉ | Datum afschrift 30-08-2019 | Aantal bladen 16  Blad 007  Volgnr 8 |

| Boekdatum (Rentedatum) | Omschrijving | Bedrag af (debet) | Bedrag bij (credit) |
|---|---|---|---|
| 21-08 (21-08) | SEPA Overboeking<br>IBAN: ▉<br>BIC: ABNANL2A<br>Naam: HAS GROUP BV | ▉ | |
| 21-08 (21-08) | ▉<br>BETAALD USD       50.000,00<br>KOERS (EUR/USD)  1.1000100<br><br>ZOO GANG TOURING INC<br>BALANCE PART 1 - FETTY WAP EUROP<br>EAN  TOUR 2019<br>NAVRAAGRUBR: ▉ | 45.454,13 | |
| 21-08 (21-08) | SEPA Overboeking<br>IBAN: ▉<br>BIC: ▉<br>Naam: J AKCAY | ▉ | |
| 21-08 (21-08) | SEPA Overboeking<br>IBAN: ▉<br>BIC: ▉<br>Naam: SCRATCH ▉<br>Omschrijving: ▉ | ▉ | |
| 21-08 (21-08) | GEA   NR: ▉<br>W.DE MERODESTR.2 HENGELO,PAS096 | ▉ | |
| 21-08 (21-08) | GEA   NR ▉<br>BEURSSTRAAT 15 HENGELO,PAS096 | ▉ | |
| 21-08 (21-08) | SEPA Overboeking | ▉ | |

(JH) J. Noah                                                Has | J. Noah | <has@j-noah.com>

**Payment to Zoo Gang for Europe 9/12/19**
1 message

**Steve Ferguson** <steve@mtabooking.com>
To: has@j-noah.com, jozef@j-noah.com

Hi Guys,

Here is payment for Fetty Wap MTA sent on 9/12/2019 for $25,000 federal ref numbers below

WIRE TYPE:WIRE OUT DATE:190912 TIME:0646 ET TR▇▇▇▇▇▇▇▇▇SERVICE REF:003476 BNF:ZOO GANG TOURING INC ID▇▇▇▇BNF BK:CITY NATIONAL BANI ID▇▇▇▇T DET:2▇▇▇▇FIRST BALANCE 25KUSD FOR EUROPE



**1:53** ⌄                                          ．ıll LTE ▭

**‹ Inbox**                                        ⌃   ⌄

# From: **Online Transfers from...** ›   (00)

To: MTA Steve ›                         Hide

# Your Same Day wire transfer was successfully sent
Today at 1:52 PM

We have successfully sent the following transfer:

**********************************

******

Item #:     ▇▇▇▇▇▇▇

Amount:     **$25,000.00**

*(handwritten left margin: "Bank statement #6")*

*Bank Statement #6* (handwritten in left margin)

# To:        zoo gang touring inc

# Fee:        30.00

# Send on Date:  09/12/2019

# Service:   Same Day

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| 09/12/19 | WIRE TYPE:WIRE OUT DATE:190912 TIME:0646 ET TRN          SERVICE | -25,000.00 |
|---|---|---|
| | REF          BNF:ZOO GANG TOURING INC ID          BNF BK:CITY NATIONAL BANK | |
| | ID          PMT DET:          FIRST  BALANCE 25KUSD FOR EUROPE | |

Steve Ferguson
Steve@MTABooking.com
MTAbooking.com & MtaBooking, LTD
P. 407-687-8381
F. 407-386-6232

Instagram @MTAbookings
Twitter @MTABooking
Youtube Channel

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protecte
disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email a
delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachmen
prohibited.



 **Hotels.com™**



Booked: Online - Friday, August 16, 2019 11:27:26 AM GMT+01:00

### Amsterdam

## Pestana Amsterdam Riverside

Amsteldijk 67, Amsterdam, 1074, Netherlands
+31202206900

CHECK-IN
**9/4/19**

CHECK-OUT
**9/5/19**

NUMBER OF NIGHTS
1

Hotels.com Confirmation Number: **8011506303399**
Number of rooms: **7**

## Billing Address

**Billing Name**

J.NOAH B.V.

**Company details**

**J.Noah B.V.**
Sportlaan Driene 8
HENGELO OV
Nederland

## Booking Details

**Deluxe Room, 1 King Bed**

David Ramon Antonio Morrobel

**Cancellation Policy**

**Non-refundable reservation**

- If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

**Deluxe Room, 1 King Bed**

Lisan Gonzale S Melida

**Cancellation Policy**

**Non-refundable reservation**

- If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

**Deluxe Room, 1 King Bed**

Kendal N Maxuell





**Cancellation Policy**

**Non-refundable reservation**

- If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

**Deluxe Room, 1 King Bed**

Shavon Lawrence Jaques hogges

**Cancellation Policy**

**Non-refundable reservation**

- If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

**Deluxe Room, 1 King Bed**

Steven Cabral

**Cancellation Policy**

**Non-refundable reservation**

- If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

**Deluxe Room, 1 King Bed**

Michael Joseph Smith

**Cancellation Policy**

**Non-refundable reservation**

- If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

**Deluxe Room, 1 King Bed**

Kasalm Dantel

**Cancellation Policy**

**Non-refundable reservation**

- If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

## Payment details

**Charges**                                                    EUR – €

**Deluxe Room, 1 King Bed**



receipt#(1)

| | |
|---|---|
| Wednesday, September 4, 2019 | 201,46€ |
| **Deluxe Room, 1 King Bed** | |
| Wednesday, September 4, 2019 | 201,46€ |
| **Deluxe Room, 1 King Bed** | |
| Wednesday, September 4, 2019 | 201,46€ |
| **Deluxe Room, 1 King Bed** | |
| Wednesday, September 4, 2019 | 201,46€ |
| **Deluxe Room, 1 King Bed** | |
| Wednesday, September 4, 2019 | 201,46€ |
| **Deluxe Room, 1 King Bed** | |
| Wednesday, September 4, 2019 | 201,46€ |
| **Deluxe Room, 1 King Bed** | |
| Wednesday, September 4, 2019 | 201,46€ |

| | |
|---|---|
| Sub-total | 1.410,22€ |
| Tax recovery charges and service fees | 126,98€ |

| | |
|---|---|
| **Total** | **1.537,20€** |
| **Amount paid** | **1.537,20€** |
| Additional fees charged by the hotel | 107,59€ |
| Payment Method | Visa |
| Card number | ███████████ |

You were charged for this booking.

Any additional charges and fees incurred during your stay will be charged in your hotel's local currency and may be subject to a foreign exchange fee.

## Your Receipt

This receipt was printed on: **Wednesday, June 30, 2021 1:58:57 PM GMT+01:00**

This is not a VAT invoice.

Retain this copy for statement verification.

Please note that if you make changes in your booking, they could result in charges applicable by policy and availability.

However, your booking confirmation does act as proof of payment. Therefore, the "tax" charges referred to on your booking confirmation do not relate to VAT charged to you by Hotels.com, but to any transaction taxes incurred by Hotels.com (e.g., sales and use, hotel occupancy tax, excise tax, etc.) that Hotels.com pay directly to the hotel in relation to your booking.

Please see the website for Terms and Conditions: https://www.hotels.com/customer_care/terms_conditions.html





Booked: Online - Friday, August 16, 2019 11:32:04 AM GMT+01:00

**Amsterdam**

# Pestana Amsterdam Riverside

Amsteldijk 67, Amsterdam, 1074, Netherlands
+31202206900

CHECK-IN
9/4/19

CHECK-OUT
9/5/19

NUMBER OF NIGHTS
1

Hotels.com Confirmation Number:   **8034485503106**
Number of rooms:                                    **1**

## Billing Address

**Billing Name**                          J.NOAH B.V.

**Company details**                    **J.Noah B.V.**
                                                    Sportlaan Driene 8
                                                    HENGELO OV
                                                    Nederland

## Booking Details

**Suite**                                        Willie Junior Maxwell

**Cancellation Policy**               **Non-refundable reservation**

⬤ If you change or cancel your booking you will not
get a refund or credit to use for a future stay. This
policy will apply regardless of COVID-19, subject to
any local consumer laws.

## Payment details

| Charges | EUR – € |
|---|---|
| **Suite** | |
| Wednesday, September 4, 2019 | 325,32€ |
| Sub-total | 325,32€ |



receipt # ①

Tax recovery charges and service fees                                          29,28€

**Total**                                                                      **354,60€**

**Amount paid**                                                                **354,60€**

Additional fees charged by the hotel                                           24,82€

Payment Method                                                                 Visa
Card number                                        XXXXXXXXXXXX

You were charged for this booking.

Any additional charges and fees incurred during your stay will be charged in your hotel's local currency and may be subject to a foreign exchange fee.

## Your Receipt

This receipt was printed on: **Wednesday, June 30, 2021 1:59:49 PM GMT+01:00**

This is not a VAT invoice.

Retain this copy for statement verification.

Please note that if you make changes in your booking, they could result in charges applicable by policy and availability.

However, your booking confirmation does act as proof of payment. Therefore, the "tax" charges referred to on your booking confirmation do not relate to VAT charged to you by Hotels.com, but to any transaction taxes incurred by Hotels.com (e.g., sales and use, hotel occupancy tax, excise tax, etc.) that Hotels.com pay directly to the hotel in relation to your booking.

Please see the website for Terms and Conditions: https://www.hotels.com/customer_care/terms_conditions.html



 Hotels.com™

receipt # ②

Booked: Online - Thursday, September 5, 2019 11:01:50 AM GMT+01:00

## Amsterdam

### Pestana Amsterdam Riverside

Amsteldijk 67, Amsterdam, 1074, Netherlands
+31202206900

| | |
|---|---|
| Hotels.com Confirmation Number: | **8080278104670** |
| Number of rooms: | **4** |

CHECK-IN
9/5/19

CHECK-OUT
9/6/19

NUMBER OF NIGHTS
1

## Billing Address

**Billing Name**                          Hasan Ozturk

**Company details**                       **J.Noah B.V.**
                                          Sportlaan Driene 8
                                          HENGELO OV
                                          Nederland

## Booking Details

**Deluxe Room, 1 King Bed**               Morrobel Ramon

**Cancellation Policy**                   **Non-refundable reservation**

                                          • If you change or cancel your booking you will not
                                          get a refund or credit to use for a future stay. This
                                          policy will apply regardless of COVID-19, subject to
                                          any local consumer laws.

**Deluxe Room, 1 King Bed**               Kendall Maxuel

**Cancellation Policy**                   **Non-refundable reservation**

                                          • If you change or cancel your booking you will not
                                          get a refund or credit to use for a future stay. This
                                          policy will apply regardless of COVID-19, subject to
                                          any local consumer laws.

**Deluxe Room, 1 King Bed**               Kasalm Dantel





**Cancellation Policy**

**Non-refundable reservation**

- If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

**Deluxe Room, 1 King Bed**

Michael Joseph

**Cancellation Policy**

**Non-refundable reservation**

- If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

## Payment details

| Charges | EUR – € |
|---|---|
| **Deluxe Room, 1 King Bed** | |
| Thursday, September 5, 2019 | 246,88€ |
| **Deluxe Room, 1 King Bed** | |
| Thursday, September 5, 2019 | 246,88€ |
| **Deluxe Room, 1 King Bed** | |
| Thursday, September 5, 2019 | 246,88€ |
| **Deluxe Room, 1 King Bed** | |
| Thursday, September 5, 2019 | 246,88€ |
| Sub-total | 987,52€ |
| Tax recovery charges and service fees | 88,88€ |

| **Total** | **1.076,40€** |
|---|---|
| **Amount paid** | **1.076,40€** |
| Additional fees charged by the hotel | 75,36€ |

Payment Method — Mastercard
Card number — XXXXXXXXX▮

You were charged for this booking.

Any additional charges and fees incurred during your stay will be charged in your hotel´s local currency and may be subject to a foreign exchange fee.





## Your Receipt

This receipt was printed on: **Wednesday, June 30, 2021 2:00:27 PM GMT+01:00**

This is not a VAT invoice.

Retain this copy for statement verification.

Please note that if you make changes in your booking, they could result in charges applicable by policy and availability.

However, your booking confirmation does act as proof of payment. Therefore, the "tax" charges referred to on your booking confirmation do not relate to VAT charged to you by Hotels.com, but to any transaction taxes incurred by Hotels.com (e.g., sales and use, hotel occupancy tax, excise tax, etc.) that Hotels.com pay directly to the hotel in relation to your booking.

Please see the website for Terms and Conditions: https://www.hotels.com/customer_care/terms_conditions.html







Booked: Online - Thursday, September 5, 2019 11:05:58 AM GMT+01:00

## Amsterdam

### Pestana Amsterdam Riverside

Amsteldijk 67, Amsterdam, 1074, Netherlands
+31202206900

Hotels.com Confirmation Number: **8002891161684**
Number of rooms: **1**

CHECK-IN
**9/5/19**

CHECK-OUT
**9/6/19**

NUMBER OF NIGHTS
**1**

## Billing Address

**Billing Name**

Hasan Ozturk

**Company details**

**J.Noah B.V.**
Sportlaan Driene 8
HENGELO OV
Nederland

## Booking Details

**Deluxe Room, 1 King Bed**

Shavon Lawrence

**Cancellation Policy**

**Non-refundable reservation**

● If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

## Payment details

| Charges | EUR – € |
| --- | --- |
| **Deluxe Room, 1 King Bed** | |
| Thursday, September 5, 2019 | 246,88€ |
| Sub-total | 246,88€ |



| | |
|---|---|
| Tax recovery charges and service fees | 22,22€ |

| | |
|---|---|
| **Total** | **269,10€** |
| **Amount paid** | **269,10€** |

| | |
|---|---|
| Additional fees charged by the hotel | 18,84€ |

| | |
|---|---|
| Payment Method | Mastercard |
| Card number | XXXXXXXXXXX |

You were charged for this booking.

Any additional charges and fees incurred during your stay will be charged in your hotel's local currency and may be subject to a foreign exchange fee.

## Your Receipt

This receipt was printed on: **Wednesday, June 30, 2021 2:00:59 PM GMT+01:00**

This is not a VAT invoice.

Retain this copy for statement verification.

Please note that if you make changes in your booking, they could result in charges applicable by policy and availability.

However, your booking confirmation does act as proof of payment. Therefore, the "tax" charges referred to on your booking confirmation do not relate to VAT charged to you by Hotels.com, but to any transaction taxes incurred by Hotels.com (e.g., sales and use, hotel occupancy tax, excise tax, etc.) that Hotels.com pay directly to the hotel in relation to your booking.

Please see the website for Terms and Conditions: https://www.hotels.com/customer_care/terms_conditions.html





J. Noah B.V.
Oldenzaalsestraat 431–25
7557GN Hengelo
btw NL854942026B01

Indira Travel
Selvasdreef 30
3563 xk          utrecht
BTW n
Kvk nu
Reken
IBAN:
BIC:          ABNANL2A

Datum                5 september 2019
Factuurnummer        3976
Boekingsdatum        5 september 2019

| datum | vluchtnr. | van | naar | vertrek | aankomst |
|---|---|---|---|---|---|
| 5 september 2019 | RO 363 | Bucharest | Amsterdam | 16,55 | 18,55 |
| 6 september 2019 | BT 432 | Amsterdam | Riga | 10,20 | 13,35 |
| 7 september 2019 | BT 303 | Riga | Helsinki | 13,00 | 14,05 |

| Naam | | Bedrag | Totaal |
|---|---|---|---|
| CABRAL/STEVEN MR | tkt incl.tax+1bag | € 658,50 | |
| iata fee's economy class | | € 17,50 | |
| BTW 21% | | € 3,67 | |
| | Totaal | € 679,67 | |
| | Voldaan | | |
| | nog te voldoen     naar iban | € 679,67 | |
| | | | € 679,67 |

**Volledig bedrag dient direct betaald te worden**
Alle reizigers dienen in het bezit te zijn van geldige documenten.
Gaarne bij betaling factuurnummer te vermelden.
Preferenties en voorkeuren kunnen niet worden gegarandeerd.







Booked: Online - Friday, September 6, 2019 8:41:29 AM GMT+01:00

## Hoofddorp

## Hyatt Place Amsterdam Airport

Rijnlanderweg 800, Hoofddorp, 2132 NK, Netherlands
+31205421234

CHECK-IN
9/6/19

CHECK-OUT
9/7/19

NUMBER OF NIGHTS
1

Hotels.com Confirmation Number:        **8014417556350**
Number of rooms:                        **4**

## Billing Address

**Billing Name**                        Hasan Ozturk

**Company details**                     **J.Noah B.V.**
                                        Sportlaan Driene 8
                                        HENGELO OV
                                        Nederland

## Booking Details

**Room, 1 King Bed with Sofa bed (High Floor)**        Morrobel Ramon

**Cancellation Policy**                                **Non-refundable reservation**

●  If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

**Room, 1 King Bed with Sofa bed (High Floor)**        Kendall Maxuel

**Cancellation Policy**                                **Non-refundable reservation**

●  If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

**Room, 1 King Bed with Sofa bed (High Floor)**        Kasalm Dantel





**Cancellation Policy**

**Non-refundable reservation**

- If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

**Room, 1 King Bed with Sofa bed (High Floor)**    Michael Joseph

**Cancellation Policy**

**Non-refundable reservation**

- If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

## Payment details

| Charges | EUR – € |
|---|---:|
| **Room, 1 King Bed with Sofa bed (High Floor)** | |
| Friday, September 6, 2019 | 104,59€ |
| **Room, 1 King Bed with Sofa bed (High Floor)** | |
| Friday, September 6, 2019 | 104,59€ |
| **Room, 1 King Bed with Sofa bed (High Floor)** | |
| Friday, September 6, 2019 | 104,59€ |
| **Room, 1 King Bed with Sofa bed (High Floor)** | |
| Friday, September 6, 2019 | 104,59€ |
| Sub-total | 418,36€ |
| Tax recovery charges and service fees | 37,64€ |

| **Total** | **456,00€** |
|---|---:|
| **Amount paid** | **456,00€** |
| Additional fees charged by the hotel | 25,32€ |

| Payment Method | Mastercard |
|---|---:|
| Card number | XXXXXXXXXXX |

You were charged for this booking.

Any additional charges and fees incurred during your stay will be charged in your hotel's local currency and may be subject to a foreign exchange fee.



## Your Receipt

This receipt was printed on: **Wednesday, June 30, 2021 2:02:15 PM GMT+01:00**

This is not a VAT invoice.

Retain this copy for statement verification.

Please note that if you make changes in your booking, they could result in charges applicable by policy and availability.

However, your booking confirmation does act as proof of payment. Therefore, the "tax" charges referred to on your booking confirmation do not relate to VAT charged to you by Hotels.com, but to any transaction taxes incurred by Hotels.com (e.g., sales and use, hotel occupancy tax, excise tax, etc.) that Hotels.com pay directly to the hotel in relation to your booking.

Please see the website for Terms and Conditions: **https://www.hotels.com/customer_care/terms_conditions.html**



 Hotels.com™

Booked: Online - Friday, September 6, 2019 8:53:14 AM GMT+01:00

**Hoofddorp**

# Hyatt Place Amsterdam Airport

Rijnlanderweg 800, Hoofddorp, 2132 NK, Netherlands
+31205421234

Hotels.com Confirmation Number:           **8091446215781**
Number of rooms:                          **1**

CHECK-IN
9/6/19

CHECK-OUT
9/7/19

NUMBER OF NIGHTS
1

## Billing Address

**Billing Name**                 Hasan Ozturk

**Company details**              **J.Noah B.V.**
                                 Sportlaan Driene 8
                                 HENGELO OV
                                 Nederland

## Booking Details

**Standard Room, 2 Twin Beds**        Shavon Lawrence

**Cancellation Policy**               **Non-refundable reservation**

• If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

## Payment details

| Charges | EUR – € |
|---|---|
| **Standard Room, 2 Twin Beds** | |
| Friday, September 6, 2019 | 90,83€ |
| Sub-total | 90,83€ |



Tax recovery charges and service fees                                                   8,17€

## Total                                                                           99,00€

**Amount paid**                                                                    99,00€

Additional fees charged by the hotel                                               5,49€

Payment Method                                                                Mastercard
Card number                                                             XXXXXXXXXXXX

You were charged for this booking.

Any additional charges and fees incurred during your stay will be charged in your hotel's local currency and may be subject to a foreign exchange fee.

## Your Receipt

This receipt was printed on: **Wednesday, June 30, 2021 2:01:47 PM GMT+01:00**

This is not a VAT invoice.

Retain this copy for statement verification.

Please note that if you make changes in your booking, they could result in charges applicable by policy and availability.

However, your booking confirmation does act as proof of payment. Therefore, the "tax" charges referred to on your booking confirmation do not relate to VAT charged to you by Hotels.com, but to any transaction taxes incurred by Hotels.com (e.g., sales and use, hotel occupancy tax, excise tax, etc.) that Hotels.com pay directly to the hotel in relation to your booking.

Please see the website for Terms and Conditions: https://www.hotels.com/customer_care/terms_conditions.html





J. Noah B.V.

Oldenzaalsestraat 431-25

7557GN Hengelo

btw NL854942026B01

Indira Travel

Selvasdreef 30

3563 xk        utrecht

BTW

Kvk

Reke

IBAN

BIC:        ABNANL2A

| Datum | 6 september 2019 |
| Factuurnummer | 3978 |
| Boekingsdatum | 6-9 |

| datum | vluchtnr. | van | naar | vertrek | aankomst |
|---|---|---|---|---|---|
| 7 september 2019 | AY1302 | Amsterdam | Helsinki | 11,55 | 15,15 |

| Naam | | | Bedrag | Totaal |
|---|---|---|---|---|
| CABRAL/STEVEN MR | | tkt incl.tax+1bag | € 274,61 | |
| HILL/KASALM DANTEL MR | | tkt incl.tax+1bag | € 274,61 | |
| HOGGES/SHAVON LAWRENCE | MR | tkt incl.tax+1bag | € 274,61 | |
| MAXWELL/KENDAL N MR | | tkt incl.tax+1bag | € 274,61 | |
| MORROBEL/RAMON ANTONIO | | tkt incl.tax+1bag | € 274,61 | |
| SMITH/MICHAEL JOSEPH MR | | tkt incl.tax+1bag | € 274,61 | |
| | | | | |
| iata fee's economy class | | 17,5 x 6 | € 105,00 | |
| BTW 21% | | | € 22,05 | |
| | **Totaal** | | **€ 1.774,71** | |
| | *Voldaan* | | | |
| | nog te voldoen | naar iban | € 1.774,71 | |
| | | | | € 1.774,71 |

**Volledig bedrag dient direct betaald te worden**

Alle reizigers dienen in het bezit te zijn van geldige documenten.

Gaame bij betaling factuurnummer te vermelden.

Preferenties en voorkeuren kunnen niet worden gegarandeerd.



PRESIDENTTI
ORIGINAL BY SOKOS HOTELS

Guest Name    : Ramon Antonio Morrobel Morro
Company       : Central Line Entertainment C
Address        : Ramon Antonio Morrobel
                Morrobel

Room No      : 693
Arrival        : 08.09.19
Departure      : 09.09.19
Cashier        : 2500
Folio No       : 1201478
Ar            :
Invoice No     :
Ref           :

Receipt

Original Sokos Hotel Presidentti, Helsinki 08.09.19

| Date | Description | Qty | Sum |
|------|-------------|-----|-----|
| 08.09.19 | Accommodation | 1 | 152.19 |
| | Routed From Smith Michael Joseph Of Room #725 | | |
| 08.09.19 | Accommodation | 1 | 152.19 |
| | Routed From Gonzales Melida Lisan Of Room #611 | | |
| 08.09.19 | Accommodation | 1 | 464.58 |
| | Routed From Maxwell II Willie Junior Of Room #820 | | |
| 08.09.19 | Accommodation | 1 | 152.19 |
| | Routed From Jaqueshogges Shavon Lawrence Of Room #672 | | |
| 08.09.19 | Accommodation | 1 | 152.19 |
| | Routed From Dantel Kasaim Of Room #593 | | |
| 08.09.19 | Accommodation | 1 | 152.19 |
| | Routed From Cabral Steven Of Room #657 | | |
| 08.09.19 | Accommodation | 1 | 152.19 |
| 08.09.19 | Visa/EuroCard/MasterCard /First Card | 1 | -1,377.72 |

XXXXXXXXXXX█████████

Due Amount:        0.00

| VAT % | Net EUR | Vat EUR | Gross EUR |
|-------|---------|---------|-----------|
| 14% breakfast | 36.49 | 5.11 | 41.60 |
| 10% | 1,214.66 | 121.47 | 1,336.12 |
| Total | 1,251.15 | 126.57 | 1,377.72 |

Merchant ID:
Transaction ID: 138179486
Approval Code: 190908023894
Approval Amount: 1,377.72

Credit Card No: XXXXXXXXXXX█████
Credit Card Expiry: XX/XX
Capture Method : Manual
Transaction Amount: 1,377.72

Original Sokos Hotel Presidentti, Helsinki
Eteläinen Rautatiekatu 4
00100 Helsinki, Finland
presidentti.helsinki@sokoshotels.fi

Sokotel Oy, Y-tunnus 0212329-0, VAT FI02123290



PRESIDENTTI
ORIGINAL BY SOKOS HOTELS

| | |
|---|---|
| Guest Name | : Kendal N Maxuell |
| Company | : Central Line Entertainment C |
| Address | : Kendal N Maxuell |

| | |
|---|---|
| Room No | : 673 |
| Arrival | : 08.09.19 |
| Departure | : 09.09.19 |
| Cashier | : 2500 |
| Folio No | : 1201504 |
| Ar | : |
| Invoice No | : |
| Ref | : |

Receipt

Original Sokos Hotel Presidentti, Helsinki 21.09.19

| Date | Description | Qty | Sum |
|---|---|---|---|
| 08.09.19 | Accommodation | 1 | 129.05 |
| 08.09.19 | Visa/EuroCard/MasterCard /First Card | 1 | -129.05 |
| | XXXXXXXXX              X | | |

Due Amount: 0.00

| VAT % | Net EUR | Vat EUR | Gross EUR |
|---|---|---|---|
| 14% breakfast | 4.56 | 0.64 | 5.20 |
| 10% | 112.59 | 11.26 | 123.85 |
| Total | 117.15 | 11.90 | 129.05 |

Merchant ID:
Transaction ID: 136160342
Approval Code: 190908233909
Approval Amount: 129.05

Credit Card No: XXXXXXXXXX
Credit Card Expiry: XX/XX
Capture Method : Manual
Transaction Amount: 129.05

Original Sokos Hotel Presidentti, Helsinki
Eteläinen Rautatiekatu 4
00100 Helsinki, Finland
presidentti.helsinki@sokoshotels.fi

Sokotel Oy, Y-tunnus 0212329-0, VAT FI02123290





J. Noah B.V.

Oldenzaalsestraat 431-25

7557GN Hengelo

btw NL854942026B01

Indira Travel

Selvasdreef 30

3563 xk      utrecht

BTW

Kvk n

Reke

IBAN:

BIC:      ABNANL2A

| Datum | 9 september 2019 |
| Factuurnummer | 3982 |
| Boekingsdatum | 8 september 2019 |

| datum | vluchtnr. | van | naar | vertrek | aankomst |
|---|---|---|---|---|---|
| 9 september 2019 | SK1707 | Helsinki | Copenhagen | 10,05 | 10,45 |
| 9 september 2019 | SK2961 | Copenhagen | Florance | 16,50 | 19,10 |

| Naam | | Bedrag | Totaal |
|---|---|---|---|
| CABRAL/STEVEN MR | tkt incl.tax+1bag | € 553,23 | |
| HILL/KASALM DANTEL MR | tkt incl.tax+1bag | € 553,23 | |
| HOGGES/SHAVON LAWRENCE  MR | tkt incl.tax+1bag | € 553,23 | |
| MAXWELL/KENDAL N MR | tkt incl.tax+1bag | € 553,23 | |
| MORROBEL/RAMON ANTONIO | tkt incl.tax+1bag | € 553,23 | |
| SMITH/MICHAEL JOSEPH MR | tkt incl.tax+1bag | € 553,23 | |
| MAXWELL II/WILLIE JUNIOR MR | tkt incl.tax+2 bags | € 572,00 | |
| | | | |
| iata fee's economy class | 17,5 x 6 | € 105,00 | |
| iata fee's business class | | € 32,50 | |
| BTW 21% | | € 28,87 | |

| | | | |
|---|---|---|---|
| | **Totaal** | **€ 4.057,75** | |
| | Voldaan | | |
| | nog te voldoen  naar iban | € 4.057,75 | |
| | | | € 4.057,75 |

**Volledig bedrag dient direct betaald te worden**

Alle reizigers dienen in het bezit te zijn van geldige documenten.

Gaarne bij betaling factuurnummer te vermelden.

Preferenties en voorkeuren kunnen niet worden gegarandeerd.

receipt #8



TARIFFE PREDEFINITE A PREZZO FISSO

(A) (B) (C) (D)

RADIO TAXI 4242 FIRENZE
Società Cooperativa Tassisti
Amministrazione
Tel. 055.410133
WWW.4242.IT

Gestioni patrimoniali di valore

TAXI N° 93
TOTALE TASSAMETRO

data 1/08/13   600,00

DESTINAZIONE

SUPPLEMENTI
BAGAGLIO
NOTTURNO
FESTIVO
AEROPORTO

CHIAMATA RADIOTAXI
DAL 4° PASSEGGERO
FUORI COMUNE
PAGATO CON CARTA DI CREDITO/BANCOMAT

SCONTI
10%
15%
TAXI MULTIPLO

**Fahrpreis-Quittung**     St.-Nr.:
                          R.-Nr.:

Unternehmen/Herrn/Frau

von

nach                           Stadtfahrt

€

inklusive   7 % MwSt.

€ (in Worten)

dankend erhalten

Taxi-Nr.   721

Datum/Unterschrift

MR  S. Popal
Denisweg 193
65933 Frankfurt
Tel. 0172 6563124

**Ihre Werbung auf unseren Taxen!**
Taxi-Vereinigung Frankfurt am Main

**069 79 20 79 00**

werbung@taxi-vereinigung-frankfurt.de



TAXI N° **342**        data 10/09/19

**TOTALE TASSAMETRO** €25,60

**DESTINAZIONE**

| SUPPLEMENTI | | SCONTI |
|---|---|---|
| BAGAGLIO | CHIAMATA RADIOTAXI ☒ | 10% 15% |
| NOTTURNO | DAL 4° PASSEGGERO | TAXI MULTIPLO |
| FESTIVO | FUORI COMUNE | |
| AEROPORTO | | |

TARIFFE PREDEFINITE A PREZZO FISSO [A] [B] [C] [D]

**RADIO TAXI 42.42 FIRENZE**
SOCIETÀ COOPERATIVA TASSISTI - AMMINISTRAZIONE TEL. 055.410133
**WWW.SOCOTA.IT**



**365** on line
**BUY IT EASY!**
www.365online.it

*Bassilichi*
Uomini e Tecnologie
seguici su

www.bassilichi.it




Best Western Amedia Frankfurt Airport · Amum Zeppelin Strasse 8 · 55479 · Russelheim

On point Entertainment

### info invoice  D-19-81196-19

14. September 2019
side  1

room:  421, 201, 202, 205, 207, 209, 210, 237 / On point Entertainment
stay:  12. September 2019 · 14. September 2019
CRS:

Rüsselheim / 14.09.19 12:12 / Hanane Bellamine

| amount | service | guest name | date | room | price € | total € |
|---|---|---|---|---|---|---|
| 4 | Breakfast | On point Entertainment | 12.09.19 | 421 | 14,00 | 56,00 |
| 1 | Breakfast | On point Entertainment | 12.09.19 | 210 | 14,00 | 14,00 |
| 1 | Breakfast | On point Entertainment | 12.09.19 | 209 | 14,00 | 14,00 |
| 1 | Breakfast | On point Entertainment | 12.09.19 | 207 | 14,00 | 14,00 |
| 1 | Breakfast | On point Entertainment | 12.09.19 | 205 | 14,00 | 14,00 |
| 1 | Breakfast | On point Entertainment | 12.09.19 | 202 | 14,00 | 14,00 |
| 1 | Breakfast | On point Entertainment | 12.09.19 | 201 | 14,00 | 14,00 |
| 1 | Logis | On point Entertainment | 12.09.19 | 210 | 109,00 | 109,00 |
| 1 | Logis | On point Entertainment | 12.09.19 | 209 | 109,00 | 109,00 |
| 1 | Logis | On point Entertainment | 12.09.19 | 207 | 109,00 | 109,00 |
| 1 | Logis | On point Entertainment | 12.09.19 | 205 | 109,00 | 109,00 |
| 1 | Logis | On point Entertainment | 12.09.19 | 202 | 109,00 | 109,00 |
| 1 | Logis | On point Entertainment | 12.09.19 | 201 | 109,00 | 109,00 |
| 1 | Logis | On point Entertainment | 12.09.19 | 421 | 139,00 | 139,00 |
| 4 | Breakfast | On point Entertainment | 13.09.19 | 421 | 14,00 | 56,00 |
| 1 | Breakfast | On point Entertainment | 13.09.19 | 210 | 14,00 | 14,00 |
| 1 | Breakfast | On point Entertainment | 13.09.19 | 209 | 14,00 | 14,00 |
| 1 | Breakfast | On point Entertainment | 13.09.19 | 207 | 14,00 | 14,00 |
| 1 | Breakfast | On point Entertainment | 13.09.19 | 205 | 14,00 | 14,00 |
| 1 | Breakfast | On point Entertainment | 13.09.19 | 202 | 14,00 | 14,00 |
| 1 | Breakfast | On point Entertainment | 13.09.19 | 201 | 14,00 | 14,00 |
| 1 | Logis | On point Entertainment | 13.09.19 | 210 | 79,00 | 79,00 |
| 1 | Logis | On point Entertainment | 13.09.19 | 209 | 79,00 | 79,00 |
| 1 | Logis | On point Entertainment | 13.09.19 | 207 | 79,00 | 79,00 |
| 1 | Logis | On point Entertainment | 13.09.19 | 205 | 79,00 | 79,00 |
| 1 | Logis | On point Entertainment | 13.09.19 | 202 | 79,00 | 79,00 |
| 1 | Logis | On point Entertainment | 13.09.19 | 201 | 79,00 | 79,00 |
| 1 | Logis | On point Entertainment | 13.09.19 | 421 | 109,00 | 109,00 |

total:   1.656,00 €

# Amedia Frankfurt Airport

Plaza BW Rüsselsheim GmbH

Telefon +49 (0)6142 790 • Telefax +49 (0)6142 791791 frankfurt@plazahotels.de • www.plazahotels.de
Geschäftsführer: Yonca Yalaz • Handelsregister Stuttgart HRB 751415
USt-IdNr. DE293010344 •Steuernummer: 65204/63490
Bankverbindung: Kreissparkasse Heilbronn IBAN: DE55 6205 0000 0000 4195 36 • BIC: HEISDE66

Each Best Western® branded hotel is independently owned and operated.







Best Western Amedia Frankfurt-Airport · Anton-Flettner-Strasse 8 · 65479 · Raunheim

On point Entertainment

**info invoice D-19-81196-19**                                    **14. September 2019**
                                                                 side: 2

room:      421, 201, 202, 205, 207, 209, 210, 237  / On point Entertainment
stay:      12. September 2019 - 14. September 2019
CRS:

| tax rate | net amount € | VAT-amount € | gross amount € |
|---|---|---|---|

We thank you very much for the stay in our hotel and hope to welcome you soon again. Please do not hesitate to contact us for further questions.

BEST regards
Hanane Bellamine

## Amedia Frankfurt Airport

Plaza BW Rüsselsheim GmbH
Telefon +49 (0)6142 790 · Telefax +49 (0)6142 791791 frankfurt@plazahotels.de · www.plazahotels.de
Geschäftsführer: Yonca Yalaz · Handelsregister Stuttgart HRB 751415
USt-IdNr. DE293010344 ·Steuernummer: 65204/63490
Bankverbindung: Kreissparkasse Heilbronn IBAN: DE55 6205 0000 0000 4195 36 · BIC: HEISDE66

Each Best Western® branded hotel is independently owned and operated.

*detadd via Dale 16-09'19*

**Titan Aviation**
67 East Park Place
Morristown, NJ 07960
P: 855-593-3598
W: www.titan.aero

*E 28335,09*

| Company: | Willie Maxwell · Zoo Gang Touring Inc. | Quote Number : | # 2186 [1147] |
| Email: | Michelle.richburg@wimmanagement.com | Date Quoted: | 9/13/2019 |
| | | Aircraft : | chal 601 - Heavy Jet |

*= $31000 =*

| Depart | | | Arrive | | | Pax | Miles | Flt Time |
|---|---|---|---|---|---|---|---|---|
| Teterboro, NJ (TEB) | 09/14/19 | 06:57 AM | FRANKFURT AM MAIN, (EDDF) | 09/14/19 | 08:55 PM | 1 | 3343 | 7 hr 58 min |
| | | | | | Total | 1 | 3343 | 7 hrs 58 min |

| | |
|---|---|
| Flight Charges: | 56,000.00 |
| Sub Total: | 56,000.00 |
| Total Charges: | $56,000.00 |

Signature_____   Date_____

Quote# 2186 [1147] | Powered By AirplaneManager.com | Page: 1

*totaal dviatbul*   16-09'19

"11"

receipt # (11)

# TITAN
## AVIATION GROUP

Titan Aviation Group, LLC
67 E. Park Place STE 630
Morristown, NJ 07960
1-855-5WE-FLYU

E 28 335, 09

= $31000 -

Bill To:
J. Noah B.V.
Sportlaan Driene
7552HA Hengelo
The Netherlands
Commercial register 62749285
Vat: NL854942026B01

*INVOICE*

Invoice # JN 2
Date: 9/14/19

| Travel Date | PPS | Description | Amount |
|---|---|---|---|
| 9/14/19 | $31,000.00 | Payment towards TEB-FRA Willie Maxwell | $31,000.00 |
| 9/18/19 | -$31,000.00 | Payment | -$31,000.00 |

Total Due Titan Aviation    $0.00

Beneficiary:  Titan Aviation Group LLC

████████████████████

Incoming Wire Instructions:
JP Morgan Chase Bank
599 Speedwell Ave
Morris Plains, NJ 07950

*betaald via bank   16-09'19*

**Receipt #(11)**

**Titan Aviation**
67 East Park Place
Morristown, NJ 07960
P: 855-593-3598
W: www.titan.aero

*$25000 —*

| | |
|---|---|
| Company: | Willie Maxwell · Zoo Gang Touring Inc. |
| Email: | Michelle.richburg@wlmmanagement.com |

Quote Number :     # 2186 [1147]
Date Quoted:     9/13/2019
Aircraft :     chal 601 - Heavy Jet

| Depart | | | Arrive | | | Pax | Miles | Flt Time |
|---|---|---|---|---|---|---|---|---|
| Teterboro, NJ (TEB) | 09/14/19 | 06:57 AM | FRANKFURT AM MAIN, (EDDF) | 09/14/19 | 08:55 PM | 1 | 3343 | 7 hr 58 min |
| | | | | | Total | 1 | 3343 | 7 hrs 58 min |

| | |
|---|---|
| Flight Charges: | 56,000.00 |
| Sub Total: | 56,000.00 |
| **Total Charges:** | **$56,000.00** |

Signature_____ Date_____

receipt #(11)

*Total due Bank 16-09 19* (handwritten)



# TITAN
## AVIATION GROUP

Titan Aviation Group, LLC
67 E. Park Place STE 630
Morristown, NJ 07960
1-855-5WE-FLYU

$25000 — (handwritten)

*INVOICE*

Invoice # JN 1
Date: 9/14/19

Bill To:
J.Noah B.V.
Sportlaan Driene
7552HA Hengelo
The Netherlands
Commercial register 62749285
Vat: NL854942026B01

| Travel Date | PPS | Description | Amount |
|---|---|---|---|
| 9/14/19 | $25.000.00 | Payment towards TEB-FRA Willie Maxwell | $25,000.00 |
| 9/16/19 | -$25,000.00 | Payment | -$25,000.00 |

Total Due Titan Aviation    $0.00

Beneficiary: Titan Aviation Group LLC

[redacted]

Incoming Wire Instructions:
JP Morgan Chase Bank
599 Speedwell Ave
Morris Plains, NJ 07950

receipt #12

```
INDIRA TRAVEL                          BOOKING REF: WYFWNT
SELVASDREEF 30                         DATE:      11 SEPTEMBER 2019
3563XK
UTRECHT                                CABRAL/STEVEN MR
NETHERLANDS                            HILL/KASALM DANTEL MR
TELEPHONE: +31 614 599094              HOGGES/SHAVON LAWRENCE MR
FAX:       +31 307 521450              MAXWELL/KENDAL N MR
                                       MORROBEL/RAMON ANTONIO MR
                                       SMITH/MICHAEL JOSEPH MR


FLIGHT   LH 861 - LUFTHANSA                        THU 12 SEPTEMBER 2019
-----------------------------------------------------------------------
DEPARTURE: OSLO, NO (GARDERMOEN)                        12 SEP 13:00
ARRIVAL:   FRANKFURT, DE (FRANKFURT INTL), TERMINAL 1   12 SEP 15:05
           FLIGHT BOOKING REF: LH/WYFWNT
           RESERVATION CONFIRMED, ECONOMY (V)         DURATION: 02:05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
           BAGGAGE ALLOWANCE:        1PC
           MEAL:                     SNACK

NON STOP   OSLO TO FRANKFURT
           EQUIPMENT:                AIRBUS INDUSTRIE A321


FLIGHT   LH 890 - LUFTHANSA                        SAT 14 SEPTEMBER 2019
-----------------------------------------------------------------------
DEPARTURE: FRANKFURT, DE (FRANKFURT INTL), TERMINAL 1   14 SEP 10:05
ARRIVAL:   RIGA, LV (RIGA INTL)                         14 SEP 13:05
           FLIGHT BOOKING REF: LH/WYFWNT
           RESERVATION CONFIRMED, ECONOMY (V)         DURATION: 02:00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
           BAGGAGE ALLOWANCE:        1PC
           MEAL:                     SNACK

NON STOP   FRANKFURT TO RIGA
           EQUIPMENT:                AIRBUS A320NEO


FLIGHT(S) CALCULATED AVERAGE CO2 EMISSIONS IS 243.15 KG/PERSON
SOURCE: ICAO CARBON EMISSIONS CALCULATOR
http://www.icao.int/environmental-protection/CarbonOffset/Pages/default.aspx


GENERAL INFORMATION
-----------------------------------------------------------------------
PLEASE READ YOUR ITINIRARY CAREFULLY
AFTER YOU CONFIRM IT, MISTAKES COULD COST YOU MONEY
TO PREVENT THAT, HERE IS YOUR CHECK LIST
NAME, GENDER, DATES, CITY'S, LAYOVER TIMES
SEAT, BAG, CHEANGABLE TKT, MILES
FARE EUR522 PP IN TOTAL INCL.1 BAG
DEADLINE 7SEP
CHANGES PERMITTED
TICKET IS PARTIALLY REFUNDABLE
```

+6 = € 3132

```
CHECK YOUR TRIP ONLINE
CLICK HERE SMITH MICHAEL JOSEPH
```

DATA PROTECTION NOTICE: YOUR PERSONAL DATA WILL BE PROCESSED IN ACCORDANCE WITH
THE APPLICABLE CARRIER'S PRIVACY POLICY AND, IF YOUR BOOKING IS MADE VIA A
RESERVATION SYSTEM PROVIDER ("GDS"), WITH ITS PRIVACY POLICY. THESE ARE
AVAILABLE AT http://www.iatatravelcenter.com/privacy OR FROM THE CARRIER OR GDS
DIRECTLY. YOU SHOULD READ THIS DOCUMENTATION, WHICH APPLIES TO YOUR BOOKING AND
SPECIFIES, FOR EXAMPLE, HOW YOUR PERSONAL DATA IS COLLECTED, STORED, USED,
DISCLOSED AND TRANSFERRED. (APPLICABLE FOR INTERLINE CARRIAGE)





Booked: Online - Saturday, September 14, 2019 9:13:55 PM GMT+01:00

## Frankfurt

### Hilton Frankfurt City Centre

Hochstrasse 4, Frankfurt, 60313, Germany
+4969133800

CHECK-IN
**9/15/19**

CHECK-OUT
**9/16/19**

NUMBER OF NIGHTS
1

Hotels.com Confirmation Number:    **8042594909403**
Number of rooms:    **6**

## Billing Address

**Billing Name**    RAMON ANTONIO MORROBEL MORROBEL

**Company details**    **J.Noah B.V.**
Sportlaan Driene 8
HENGELO OV
Nederland

## Booking Details

**Room, 1 King Bed (Park or City View)**    RAMON ANTONIO MORROBEL MORROBEL

**Cancellation Policy**    **Non-refundable reservation**

• If you change or cancel your booking you will not
get a refund or credit to use for a future stay. This
policy will apply regardless of COVID-19, subject to
any local consumer laws.

**Room, 1 King Bed (Park or City View)**    Kasalm Dantel

**Cancellation Policy**    **Non-refundable reservation**

• If you change or cancel your booking you will not
get a refund or credit to use for a future stay. This
policy will apply regardless of COVID-19, subject to
any local consumer laws.

**Room, 1 King Bed (Park or City View)**    MICHAEL JOSEPH SMITH

receipt # 13

| | |
|---|---|
| Sunday, September 15, 2019 | 193,46€ |
| **Room, 1 King Bed (Park or City View)** | |
| Sunday, September 15, 2019 | 193,46€ |
| **Room, 1 King Bed (Park or City View)** | |
| Sunday, September 15, 2019 | 193,46€ |
| Sub-total | 1.160,76€ |
| Tax recovery charges and service fees | 81,24€ |
| **Total** | **1.242,00€** |
| **Amount paid** | **1.242,00€** |
| Additional fees charged by the hotel | 12,00€ |
| Payment Method | Net Bank |

You were charged for this booking.

Any additional charges and fees incurred during your stay will be charged in your hotel's local currency and may be subject to a foreign exchange fee.

## Your Receipt

This receipt was printed on: **Wednesday, June 30, 2021 2:03:27 PM GMT+01:00**

This is not a VAT invoice.

Retain this copy for statement verification.

Please note that if you make changes in your booking, they could result in charges applicable by policy and availability.

However, your booking confirmation does act as proof of payment. Therefore, the "tax" charges referred to on your booking confirmation do not relate to VAT charged to you by Hotels.com, but to any transaction taxes incurred by Hotels.com (e.g., sales and use, hotel occupancy tax, excise tax, etc.) that Hotels.com pay directly to the hotel in relation to your booking.

Please see the website for Terms and Conditions: https://www.hotels.com/customer_care/terms_conditions.html



 Hotels.com

Booked: Online - Saturday, September 14, 2019 9:16:18 PM GMT+01:00

## Frankfurt

# Hilton Frankfurt City Centre

Hochstrasse 4, Frankfurt, 60313, Germany
+4969133800

Hotels.com Confirmation Number:  **8081280110950**
Number of rooms:  **1**

CHECK-IN
**9/15/19**

CHECK-OUT
**9/16/19**

NUMBER OF NIGHTS
**1**

## Billing Address

**Billing Name**

WILLIE JUNIOR MAXWEL

**Company details**

**J.Noah B.V.**
Sportlaan Driene 8
HENGELO OV
Nederland

## Booking Details

**Junior Suite, 1 King Bed (Park or City View)**

WILLIE JUNIOR MAXWEL

**Cancellation Policy**

**Non-refundable reservation**

• If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

## Payment details

| Charges | EUR – € |
|---|---|
| **Junior Suite, 1 King Bed (Park or City View)** | |
| Sunday, September 15, 2019 | 333,64€ |
| Sub-total | 333,64€ |



| | |
|---|---|
| Tax recovery charges and service fees | 23,36€ |
| **Total** | **357,00€** |
| **Amount paid** | **357,00€** |
| Additional fees charged by the hotel | 2,00€ |
| Payment Method | Net Bank |

You were charged for this booking.

Any additional charges and fees incurred during your stay will be charged in your hotel's local currency and may be subject to a foreign exchange fee.

## Your Receipt

This receipt was printed on: **Wednesday, June 30, 2021 2:02:44 PM GMT+01:00**

This is not a VAT invoice.

Retain this copy for statement verification.

Please note that if you make changes in your booking, they could result in charges applicable by policy and availability.

However, your booking confirmation does act as proof of payment. Therefore, the "tax" charges referred to on your booking confirmation do not relate to VAT charged to you by Hotels.com, but to any transaction taxes incurred by Hotels.com (e.g., sales and use, hotel occupancy tax, excise tax, etc.) that Hotels.com pay directly to the hotel in relation to your booking.

Please see the website for Terms and Conditions: https://www.hotels.com/customer_care/terms_conditions.html

J. Noah B.V.
Oldenzaalsestraat 431-25
7557GN Hengelo
btw NL854942026B01

Indira Travel
Selvasdreef 30
3563 xk      utrecht

| Datum | 18 september 2019 |
|---|---|
| Factuurnummer | 3994 |
| Boekingsdatum | 18 september 2019 |

BIC:      ABNANL2A

| datum | vluchtnr. | van | naar | vertrek | aankomst |
|---|---|---|---|---|---|
| 19 september 2019 | SN3216 | Milaan | Brussel | 12,00 | 13,35 |
| 19 september 2019 | SN2063 | Brussel | Edinburgh | 14,55 | 15,35 |

| Naam | | Bedrag | Totaal |
|---|---|---|---|
| CABRAL/STEVEN MR | tkt incl.tax+1bag | € 346,79 | |
| HILL/KASALM DANTEL MR | tkt incl.tax+1bag | € 251,79 | |
| HOGGES/SHAVON LAWRENCE   MR | tkt incl.tax+1bag | € 251,79 | |
| BOOKER/LAMOR HASON MR | tkt incl.tax+1bag | € 251,79 | |
| MORROBEL/RAMON ANTONIO | tkt incl.tax+1bag | € 251,79 | |
| SMITH/MICHAEL JOSEPH MR | tkt incl.tax+1bag | € 251,79 | |
| MAXWELL II/WILLIE JUNIOR MR | tkt incl.tax+2bags | € 346,79 | |
| | | | |
| iata fee's economy class | 22,5x5 | € 112,50 | |
| iata fee's business class | 32,5x2 | € 65,00 | |
| check in | 5x7 | € 35,00 | |
| BTW 21% | | € 44,62 | |

| | | | |
|---|---|---|---|
| | **Totaal** | | **€ 2.209,65** |
| | Voldaan | | |
| | nog te voldoen | naar iban | € 2.209,65 |
| | | | € 2.209,65 |

**Volledig bedrag dient direct betaald te worden**
Alle reizigers dienen in het bezit te zijn van geldige documenten.
Gaarne bij betaling factuurnummer te vermelden.
Preferenties en voorkeuren kunnen niet worden gegarandeerd.