## PERFORMED SHOWS FETTY WAP WAS ENTITLED TO

### MONEY FETTY WAP WAS ENTITLED TO

| show # | Date | Description | Amount |
|---|---|---|---|
| 1 | Saturday, September 07, 2019 | Helsinki / Finland | $ 18.467,85 |
| 2 | Monday, September 09, 2019 | Florence / Italy | $ 18.467,85 |
| 3 | Wednesday, September 11, 2019 | Oslo / Norway | $ 18.467,85 |
| 4 | Saturday, September 14, 2019 | wiesbaden / germany | $ 18.467,85 |
| 5 | Monday, September 16, 2019 | Hamburg / Germany | $ 18.467,85 |
| 6 | Wednesday, September 18, 2019 | Milan / Italy | $ 18.467,85 |
| 7 | Thursday, September 19, 2019 | GLASGOW /UK | $ 18.467,85 |
| 8 | Friday, September 20, 2019 | liverpool / uk | $ 18.467,85 |
| 9 | Saturday, September 21, 2019 | NOTTINGHAM /UK | $ 18.467,85 |
| 10 | Sunday, September 22, 2019 | BIRMINGHAM /UK | $ 18.467,85 |
| 11 | Monday, September 23, 2019 | LONDON /UK | $ 18.467,85 |
| | | **TOTAL MONEY FETTY WAP WAS ENTITLED TO** | **$ 203.146,40** |