## CANCELLED SHOWS FETTY WAP EUROPEAN TOUR

### MONEY FETTY WAP WAS NOT ENTITLED TO

| show # | Date | Description | | Amount |
|---|---|---|---|---|
| 1 | Wednesday, September 04, 2019 | Amsterdam cancelled | € 12.500,00 | $ 13.820,00 |
| 2 | Thursday, September 05, 2019 | Bucharest cancelled | € 15.000,00 | $ 16.584,00 |
| 3 | Sunday, September 08, 2019 | Kiev cancelled | € 12.000,00 | $ 13.267,20 |
| 4 | Friday, September 06, 2019 | Riga cancelled 2 times | € 13.000,00 | $ 14.372,80 |
| 5 | Tuesday, September 24, 2019 | Cardiff / UK cancelled | € 23.000,00 | $ 25.428,80 |
| 6 | Wednesday, September 25, 2019 | Bristol / UK cancelled | € 25.000,00 | $ 27.640,00 |
| 7 | Thursday, September 26, 2019 | Manchester /UK cancelled | € 30.000,00 | $ 33.168,00 |
| 8 | Friday, September 27, 2019 | Suttgart / Germany cancelled | € 25.000,00 | $ 27.640,00 |
| 9 | Saturday, September 28, 2019 | Munich / Germany cancelled | € 25.000,00 | $ 27.640,00 |
| 10 | Wednesday, October 02, 2019 | Barcelona cancelled | € 20.000,00 | $ 22.112,00 |
| 11 | Thursday, October 03, 2019 | Madrid cancelled | € 20.000,00 | $ 22.112,00 |
| 12 | Friday, October 04, 2019 | Copenhagen / Denmark cancelled | € 24.000,00 | $ 26.534,40 |
| 13 | Saturday, October 05, 2019 | Brescia / Italy cancelled | € 24.000,00 | $ 26.534,40 |

| TOTAL MONEY FETTY WAP WAS NOT ENTITLED TO | Dollars exchange rate was 1,1056 | $ 296.853,60 |
|---|---|---|