IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **J. NOAH, B.V.** | : | CIVIL ACTION |
| | : | NO. 20-cv-20560 (SDW)(LDW) |
| vs. | | |
| **WILLIE J. MAXWELL, II d/b/a ZOO GANG TOURING   ET AL.** | : | |

**PRAECIPE TO SUBSTITUTE DECLARATION**

To:   OFFICE OF THE CLERK
      UNITED STATES DISTRICT COURT
      DISTRICT OF NEW JERSEY

Please substitute the attached duly executed and affirmed foreign Declaration of Hasan Ozturk, duly authorized Officer of plaintiff J. Noah, B.V., for the Declaration annexed to plaintiff's Motion for Default Judgment and accompanying papers duly filed in this matter.

The undersigned attests that the original affirmed Declaration is in the case file.

Dated: October 11, 2021            **PETER BOWERS, P.C.**

                                   *By: /s/Alexander J. Ginsburg, Esq.*

                                   *Counsel for Plaintiff*

1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **J. NOAH, B.V.** | : | CIVIL ACTION |
| | : | NO.  20-cv-20560 (SDW)(LDW) |
| vs. | | |
| **WILLIE J. MAXWELL, II d/b/a**<br> **ZOO GANG TOURING   ET AL.** | : | |

**CERTIFICATE OF SERVICE**

I, Alexander J. Ginsburg, Esq. hereby certify that on this 11th day of October, 2021,  a true copy of plaintiff's Praecipe to Substitute Declaration and accompany documents were filed electronically and are available for viewing and downloading from the ECF system, and a copy thereof sent to said defendants' address, US. Regular 1st class mail, postage prepaid, being hand delivered to the post office and certificate of mailings issued by the postal authorities confirming the mailings as follows:

Willie J. Maxwell II dba Zoo Gang Touring, 800 Park Ave., Fort Lee, NJ 07024-3767

Zoo Gang Music, LLC d/b/a Zoo Gang Touring, 800 Park Ave., Fort Lee NJ 07024-3767

Attn:Willie J. Maxwell, II

Dated: October 11, 2021                                                  **PETER BOWERS, P.C.**

                                                                  By: /*Alexander J. Ginsburg,  Esq../*

                                                                  Counsel for Plaintiff