IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

_____

**J. NOAH, B.V.**                           :     CIVIL ACTION

                                           :     NO.   20-cv-20560 (SDW)(LDW)

vs.

**WILLIE J. MAXWELL, II d/b/a**         :
 **ZOO GANG TOURING   ET AL.**

_____

**O R D E R**

AND NOW, to wit, as of this  20th  day of   October  , 2021 , upon due consideration, it is hereby ORDERED and DECREED that the Motion for Default Judgment is GRANTED.   It is further ORDERED and DECREED that judgment is entered in favor of plaintiff J. NOAH, B.V. and against defendants WILLIE J. MAXWELL, II d/b/a ZOO GANG TOURING and ZOO GANG MUSIC, LLC d/b/a ZOO GANG TOURING, jointly and severally, for the sum of Two Hundred Ninety-Two Thousand Sixty-Nine Dollars and Fourteen Cents ($292,069.14), plus prejudgment interest and costs.

                         **BY THE COURT:**

                         _____

                         **HON. SUSAN D. WIGENTON**