```
US District Court for the District of
New Jersey
50 Walnut St #4015, Newark, NJ
07102
Bank of America, N.A.
Legal Order Processing
NTR Response: Account(s)
Closed
7/27/22
```

6-29-22
2:50 PM
Zamara Colon
90152
973-378-8010
In person
~~Scott~~ Anthony

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL NO. 20-cv-20560
WRIT OF EXECUTION

TO THE MARSHAL OF THE UNITED STATE DISTRICT COURT, DISTRICT OF NEW JERSEY:

**WHEREAS**, judgment was entered on the 20th day of October, 20 21 in an action in the United States District Court, District of New Jersey between J. Noah, B.V. plaintiff(s) and Willie J. Maxwell, II et. al. defendant(s) in favor of said J. Noah, B.V. and against said Willie J. Maxwell, II et. al. for the sum of $ 292,069.14 and costs taxed in the sum of $ _____ as appears by the judgment filed in the Office of the Clerk of the United States District Court, District of New Jersey; and

**WHEREAS**, the said judgment was duly entered in the Office of the Clerk of the United States District Court, District of New Jersey, and the sum of $ 292,069.14 plus taxed costs in the sum of $ _____ is now actually due thereon;

**THEREFORE**, you are hereby commanded to satisfy the said judgment out of the personal property of the said judgment debtor, as set forth in the attached affidavit, and if sufficient personal property cannot be found, then out of the real property belonging to such judgment debtor at the time said judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by you from such property directly to said J. Noah, B.V. or to their attorney in the said action, and return this execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the United States District Court, District of New Jersey.

**WE FURTHER COMMAND YOU**, that in case of a sale, you make return of this writ with your proceedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands within thirty (30) days after said sale.

**WITNESS**, the Honorable Susan D. Wigenton, a Judge of the United States District Court, District of New Jersey this 22nd day of June, 2022.

Prepared By: _____
Attorney at Law - Joel M. Flink, Esquire

Address: 375 E. Elm Street, Suite 210
Conshohocken, PA 19428

William T. Walsh, Clerk
United States District Court

by: _____
Deputy Clerk

LEVY:
Damages..........$ _____
Costs..............$ _____
Interest thereon from
_____

Besides Marshal's Execution Fees